1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (SBN 170151)
2     charlesverhoeven@quinnemanuel.com
      Sean S. Pak (SBN 219032)
3     seanpak@quinnemanuel.com
      Sanjay M. Nangia (SBN 264986)
4     sanjaynangia@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, CA 94111
   Telephone:  (415) 875-6600
6  Facsimile:  (415) 875-6700

7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Matthew R. Hulse (SBN 209490)
8     matthulse@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, CA 94065
   Telephone:  (650) 801-5000
10 Facsimile:  (650) 801-5100

Attorneys for BROADCOM CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>BROADCOM CORP.,<br><br>          Defendant. | Civil Action No. 10-cv-05437 RS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sean S. Pak of the law firm Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record on behalf of Defendant Broadcom Corporation in this matter and consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court and requests that all notices and papers

03990.51704/3826699.1

electronically filed or served in this matter be served on counsel at the following address:

Sean S. Pak
Quinn Emanuel Urquhart & Sullivan, LLP
50 California, Floor 22
San Francisco, CA 94114
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
E-Mail: seanpak@quinnemanuel.com

Dated:  December 8, 2010                             Respectfully submitted,


                                                     by: /s/ *Sean S. Pak*
                                                     Sean S. Pak
                                                     Attorneys for Broadcom Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: December 9, 2010  /s/Sean S. Pak
Sean S. Pak