*E-Filed 2/18/11*

GREGORY P. STONE (SBN 078329)
*gregory.stone@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C 10-05437 RS<br><br>**STIPULATION TO CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

1    Plaintiff Rambus Inc. ("Rambus") and Defendant Broadcom Corporation hereby stipulate
2  through their respective attorneys as follows:
3    WHEREAS, on December 1, 2010, Rambus filed this case as well as the five following
4  cases (collectively, the "other Rambus cases") in this district:
5    (1)   *Rambus Inc. v. Freescale Semiconductor, Inc.*, No. C 10-05445 JF;
6    (2)   *Rambus Inc. v. LSI Corp.*, No. C 10-05446 JF;
7    (3)   *Rambus Inc. v. MediaTek Inc.*, No. C 10-05447 JF;
8    (4)   *Rambus Inc. v. NVIDIA Corp.*, No. C 10-05448 JF; and
9    (5)   *Rambus Inc. v. STMicroelectronics N.V., et al.*, No. C 10-05449 JF;
10    WHEREAS, on December 29, 2010, this Court declined to relate this case to the other
11 Rambus cases;
12    WHEREAS, on February 15, 2011, Judge Fogel determined that the other Rambus cases
13 were related to one another;
14    WHEREAS, also on February 15, 2011, Judge Fogel set the Initial Case Management
15 Conference in the other Rambus cases for March 11, 2011 at 10:30 a.m. but the parties have
16 stipulated to a request to have it moved to March 25, 2011 at 10:30 a.m.;
17    WHEREAS, the Initial Case Management Conference in this case is scheduled for March
18 10, 2011, at 10:00 a.m.;
19    WHEREAS, the parties agree that management of this case would benefit from additional
20 time to consider whether it could be related to, or coordinated in some fashion with, the other
21 Rambus cases pending before Judge Fogel; and
22    WHEREAS, the parties further agree that March 31, 2011, at 10:00 a.m. is a mutually
23 agreeable date for a rescheduled Initial Case Management Conference.
24    NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval,
25 the Initial Case Management Conference shall be held on March 31, 2011, at 10:00 a.m.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully Submitted, |
| 2 | DATED: February 17, 2011 | MUNGER, TOLLES & OLSON LLP |
| 4 |  | By:     /s/ *Peter A. Detre* |
| 5 |  | PETER A. DETRE |
| 6 |  | Attorneys for Plaintiff<br>RAMBUS INC. |
| 7 | DATED: February 17, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 |  | By:     /s/ *Gillian Thackray* |
| 11 |  | GILLIAN THACKRAY |
| 12 |  | Attorneys for Defendant<br>BROADCOM CORPORATION |

Filer's Attestation

I, Peter A. Detre, am the ECF user whose identification and password are being used to file this **STIPULATION TO CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45.X.B, I hereby attest that the other above-named signatory concurs in this filing.

DATED: February 17, 2011

　　　　　　　　　　　／s/ *Peter A Detre*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 18, 2011

　　　　　　　　　　　THE HONORABLE RICHARD SEEBORG
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE