*E-Filed 9/2/11*

1   (All parties and counsel listed on Signature Page)

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO DIVISION

10  RAMBUS INC.,                          Case No. 3:10-cv-05437 RS

11          Plaintiff,                    **UPDATED JOINT CASE MANAGEMENT
                                          STATEMENT REGARDING THE
12      v.                                PARTIES' PROGRESS IN SELECTING A
                                          DISCOVERY SPECIAL MASTER AND
13  BROADCOM CORP.,                       [PROPOSED] ORDER**

14          Defendant.

15                                        Date:    No date set
                                          Time:    N/A
16                                        Judge:   Hon. Richard Seeborg
                                                   Courtroom 3, 17th Floor

17  RAMBUS INC.,                          Case No. 3:10-cv-05446 RS

18          Plaintiff,

19      v.

20  LSI CORPORATION,

21          Defendant.

22

23  RAMBUS INC.,                          Case No. 3:10-cv-05447 RS

24          Plaintiff,

25      v.

26  MEDIATEK INC.,

27          Defendant.

28

| | |
|---|---|
| RAMBUS INC., | Case No. 3:10-cv-05449 RS |
| Plaintiff, | |
| v. | |
| STMICROELECTRONICS N.V.;<br>STMICROELECTRONICS INC., | |
| Defendants. | |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Civil Local Rule 16-9, Plaintiff Rambus Inc. ("Rambus") and Defendants Broadcom Corporation ("Broadcom"), LSI Corporation ("LSI"), Mediatek Inc. ("Mediatek"), and STMicroelectronics N.V. and STMicroelectronics Inc. (collectively, "STMicro") hereby submit the following Updated Joint Case Management Statement Regarding the Parties' Progress in Selection a Discovery Special Master ("Statement").

By way of background, the parties previously submitted a Joint Case Management Statement on July 28, 2011, and the Court held a Case Management Conference on August 4, 2011. At the August 4th Conference, the Court directed the parties to confer (or confer further) regarding a number of issues, including the use and identity of a special master for these related cases, the parties' proposed schedules, discovery limits, and an index of Rambus's anticipated production, and submit an Updated Case Management Statement by August 18, 2011.

On August 18, 2011, the parties submitted an Updated Case Management Statement that included, among other things, a statement indicating that the parties agreed in principal to the use of a special master and requesting a two-week period for the parties to meet and confer on the selection of a particular special master.[1] While that two-week period has now passed, the parties believe it would be productive to continue meeting and conferring on the issue with the hope that an agreement can be reached. Accordingly, the parties request that the Court permit the parties to continue to meet and confer and report to the Court on the selection of a special master on or

---

[1] Rambus continues to believe that the use of a special master in the Related Cases will multiply rather than minimize the discovery disputes this Court will have to address. Rambus understands, however, that the Court may wish to designate a special master.

1   before September 12, 2011.   If the parties cannot reach an agreement by that date, each party will

2   submit to the Court no more than three names of potential special masters and, if necessary,

3   competing proposals as to how the cost for the special master will be divided among the parties.

4   The Court can then select a special master to be assigned to these related cases and resolve any

5   disputes related thereto.

6                                             Respectfully submitted,

7

8   DATED: September 1, 2011          MUNGER, TOLLES & OLSON LLP

9                                     By:_____/s/ Heather E. Takahashi_____
                                      Gregory P. Stone (SBN 078329)
10                                    *gregory.stone@mto.com*
                                      Peter E. Gratzinger (SBN 228764)
11                                    *peter.gratzinger@mto.com*
                                      Heather E. Takahashi (SBN 245845)
12                                    *heather.takahashi@mto.com*
                                      David H. Pennington (SBN 272238)
13                                    *david.pennington@mto.com*
                                      MUNGER, TOLLES & OLSON LLP
14                                    355 South Grand Avenue, 35th Floor
                                      Los Angeles, CA 90071-1560
15                                    Telephone: (213) 683-9100
                                      Facsimile: (213) 687-3702
16
                                      Peter A. Detre (SBN 182619)
17                                    *peter.detre@mto.com*
                                      MUNGER, TOLLES & OLSON LLP
18                                    560 Mission Street, 27th Floor
                                      San Francisco, CA 94105
19                                    Telephone: (415) 512-4000
                                      Facsimile: (415) 512-4077
20
                                      Attorneys for RAMBUS INC.
21

22                                    QUINN EMANUEL URQUHART & SULLIVAN LLP

23                                    By:_____/s/ Gillian Thackray_____
                                      Charles K. Verhoeven (SBN 170151)
24                                    *charlesverhoeven@quinnemanuel.com*
                                      Sean Pak (SBN 219032)
25                                    *seanpak@quinnemanuel.com*
                                      Gillian Thackray (SBN 196756)
26                                    *gillianthackray@quinnemanuel.com*
                                      50 California Street, 22nd Floor
27                                    San Francisco, California 94111-4788
                                      Telephone:    (415) 875-6600
28                                    Facsimile:    (415) 875-6700

1

2
Attorneys for BROADCOM CORPORATION
Attorneys for MEDIATEK INC.

3

4
PERKINS COIE LLP

5
By: _____ /s/ Amanda Tessar _____
Bobbie Wilson (SBN 148317)

6
E-mail: *BWilson@perkinscoie.com*
Heather R. Bobkova (SBN 257014)

7
E-mail: *HBobkova@perkinscoie.com*
Perkins Coie LLP

8
3150 Porter Drive

9
Palo Alto, CA 94304
Telephone: (650) 838-4300

10
Facsimile: (650) 838-4350

11
Amanda Tessar (*pro hac vice* admission pending)
E-mail: *ATessar@perkinscoie.com*

12
Perkins Coie LLP
1900 Sixteenth St., Suite 1400

13
Denver, CO 80202

14
Telephone: (303) 291-2357
Facsimile: (303) 291-2487

15
Attorneys for BROADCOM CORPORATION

16

17
KILPATRICK TOWNSEND & STOCKTON LLP

18
By: _____ /s/ Robert John Artuz _____

19
David E. Sipora (SBN 124951)
*dsipiora@kilpatricktownsend.com*

20
1400 Wewatta Street, Suite 600
Denver, CO 80202

21
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

22
Julie J. Han (SBN 215279)

23
*jhan@kilpatricktownsend.com*
Robert J. Artuz (SBN 227789)

24
*rartuz@kilpatricktownsend.com*
1080 Marsh Road

25
Menlo Park, CA 94025
Telephone: (650) 326-2400

26
Facsimile: (650) 326-2422

27
Attorneys for LSI CORPORATION

28

1

2

                              K&L GATES LLP

3

4                             By:_____/s/ Elaine Y. Chow_____
                              Michael J. Bettinger (SBN 122196)
                              *mike.bettinger@klgates.com*
5                             Stephen M. Everett (SBN 121619)
                              *stephen.everett@klgates.com*
6                             Curt Holbreich (SBN 168053)
                              *curt.holbreich@klgates.com*
7                             Elaine Y. Chow (SBN 194063)
                              *elaine.chow@klgates.com*
8                             Four Embarcadero Center, Suite 1200
                              San Francisco, CA 94111
9                             Tel: (415) 882-8200
                              Fax: (415) 882-8220
10

11                            Attorneys for STMICROELECTRONICS N.V. and
                              STMICROELECTRONICS, INC.
12

13

14

15

16

17                                 Filer's Attestation

18          I, Heather Takahashi, am the ECF user whose identification and password are

19  being used to file this **UPDATED JOINT CASE MANAGEMENT STATEMENT.**  In

20  compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur

21  in this filing.

22

23  DATED:  September 1, 2011

24                                          _____/s/ Heather E. Takahashi_____

25

26

27

28

1

**[~~PROPOSED~~] Order**

2      The parties request for an extension of time to meet and confer on the selection of a

3   special master is GRANTED.  On September 12, 2011, the parties will submit a report to the

4   Court identifying their selection of a special master for this case.  If the parties cannot reach on

5   agreement, each party will submit to the Court no more than three names of potential special

6   masters and, if necessary, competing proposals as to how the cost for the special master will be

7   divided among the parties.

8

9   DATED: September __2___, 2011

10                                                  _____

11                                                  Judge Richard Seeborg
                                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28