*E-Filed 12/7/11*

(All parties and counsel listed on Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADCOM CORP.,<br><br>    Defendant. | Case No. 3:10-cv-05437 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION,<br><br>    Defendant. | Case No. 3:10-cv-05446 RS |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIATEK INC.,<br><br>    Defendant. | Case No. 3:10-cv-05447 RS |

| | |
|---|---|
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>STMICROELECTRONICS N.V.;<br>STMICROELECTRONICS INC.,<br><br>            Defendants. | Case No. 3:10-cv-05449 RS |

WHEREAS, counsel for Rambus Inc. has a scheduling conflict with respect to July 18, 2012, the currently set date for the Claim Construction Hearing in these related cases;

WHEREAS, August 29, 2012 is a mutually acceptable date for all parties for the Claim Construction Hearing and August 1, 2012 is a mutually acceptable date for the tutorial;

WHEREAS, the parties agree that, if the Claim Construction Hearing is rescheduled, the dates for other related disclosures, filings and deadlines should be rescheduled accordingly;

NOW, THEREFORE, the parties, by their undersigned attorneys, hereby stipulate to the following schedule, subject to the approval of the Court:

| | |
|---|---|
| Invalidity Contentions | March 30, 2012 |
| Exchange of Proposed Terms for Construction | April 20, 2012 |
| Deadline for Disclosure of Expert Witness for Claim Construction | April 20, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | May 11, 2012 |
| Joint Claim Construction and Prehearing Statement | June 1, 2012 |
| Completion of Claim Construction Discovery | July 6, 2012 |
| Rambus's Opening Brief on Claim Construction | July 25, 2012 |
| Defendants' Responsive Briefs | August 8, 2012 |
| Rambus's Reply Brief | August 15, 2012 |
| Tutorial | August 1, 2012, 10:00 a.m. |

| Claim Construction Hearing | August 29, 2012, 10:00 a.m. |
|---|---|

DATED: December 5, 2011    MUNGER, TOLLES & OLSON LLP

By:     */s/ Peter A. Detre*
Gregory P. Stone (SBN 078329)
*gregory.stone@mto.com*
Katherine K. Huang (SBN 219798)
*katherine.huang@mto.com*
Peter E. Gratzinger (SBN 228764)
*peter.gratzinger@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
David H. Pennington (SBN 272238)
*david.pennington@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Peter A. Detre (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for RAMBUS INC.


QUINN EMANUEL URQUHART & SULLIVAN LLP

By:     */s/ Sean Pak*
Charles K. Verhoeven (SBN 170151)
*charlesverhoeven@quinnemanuel.com*
Sean Pak (SBN 219032)
*seanpak@quinnemanuel.com*
Gillian Thackray (SBN 196756)
*gillianthackray@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for BROADCOM CORPORATION
Attorneys for MEDIATEK INC.

|   |   |
|---|---|
| 1 | PERKINS COIE LLP |
| 2 | By: _____ */s/ Amanda Tessar* _____ |
| 3 | Bobbie Wilson (SBN 148317)<br>E-mail: *BWilson@perkinscoie.com* |
| 4 | Heather R. Bobkova (SBN 257014)<br>E-mail: *HBobkova@perkinscoie.com* |
| 5 | Perkins Coie LLP<br>3150 Porter Drive |
| 6 | Palo Alto, CA 94304 |
| 7 | Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350 |
| 8 |  |
| 9 | Amanda Tessar (*pro hac vice*)<br>E-mail: *ATessar@perkinscoie.com* |
| 10 | Perkins Coie LLP<br>1900 Sixteenth St., Suite 1400 |
| 11 | Denver, CO 80202<br>Telephone: (303) 291-2357 |
| 12 | Facsimile: (303) 291-2487<br>Attorneys for BROADCOM CORPORATION |
| 13 |  |
| 14 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 15 |  |
| 16 | By: _____ */s/ Robert J. Artuz* _____<br>David E. Sipora (SBN 124951) |
| 17 | *dsipiora@kilpatricktownsend.com*<br>1400 Wewatta Street, Suite 600 |
| 18 | Denver, CO 80202<br>Telephone: (303) 571-4000 |
| 19 | Facsimile: (303) 571-4321 |
| 20 | Robert J. Artuz (SBN 227789)<br>*rartuz@kilpatricktownsend.com* |
| 21 | 1080 Marsh Road<br>Menlo Park, CA 94025 |
| 22 | Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 |
| 23 |  |
| 24 | Attorneys for LSI CORPORATION |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
CASE NOS. 10-CV-05437 RS, C 10-05446 RS, C 10-05447 RS, C-10-05449 RS

| | |
|---|---|
| 1 | |
| 2 | K&L GATES LLP |
| 3 | By: _____ */s/ Elaine Y. Chow*_____ |
| 4 | Michael J. Bettinger (SBN 122196) |
|   | *mike.bettinger@klgates.com* |
| 5 | Stephen M. Everett (SBN 121619) |
|   | *stephen.everett@klgates.com* |
| 6 | Curt Holbreich (SBN 168053) |
|   | *curt.holbreich@klgates.com* |
| 7 | Elaine Y. Chow (SBN 194063) |
|   | *elaine.chow@klgates.com* |
| 8 | Four Embarcadero Center, Suite 1200 |
| 9 | San Francisco, CA 94111 |
|   | Tel: (415) 882-8200 |
| 10 | Fax: (415) 882-8220 |
| 11 | |
| 12 | Attorneys for STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC. |

IT IS SO ORDERED.

DATED: __12/7____, 2011

_____
Honorable Richard Seeborg
United States District Court Judge