*E-Filed 12/7/11*

(All parties and counsel listed on Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM CORP., <br><br> Defendant. | Case No. 3:10-cv-05437 RS <br><br> **STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION, <br><br> Defendant. | Case No. 3:10-cv-05446 RS |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK INC., <br><br> Defendant. | Case No. 3:10-cv-05447 RS |

| | |
|---|---|
| RAMBUS INC., | Case No. 3:10-cv-05449 RS |
| Plaintiff, | |
| v. | |
| STMICROELECTRONICS N.V.;<br>STMICROELECTRONICS INC., | |
| Defendants. | |

WHEREAS, counsel for Rambus Inc. has a scheduling conflict with respect to July 18, 2012, the currently set date for the Claim Construction Hearing in these related cases;

WHEREAS, August 29, 2012 is a mutually acceptable date for all parties for the Claim Construction Hearing and August 1, 2012 is a mutually acceptable date for the tutorial;

WHEREAS, the parties agree that, if the Claim Construction Hearing is rescheduled, the dates for other related disclosures, filings and deadlines should be rescheduled accordingly;

NOW, THEREFORE, the parties, by their undersigned attorneys, hereby stipulate to the following schedule, subject to the approval of the Court:

| | |
|---|---|
| Invalidity Contentions | March 30, 2012 |
| Exchange of Proposed Terms for Construction | April 20, 2012 |
| Deadline for Disclosure of Expert Witness for Claim Construction | April 20, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | May 11, 2012 |
| Joint Claim Construction and Prehearing Statement | June 1, 2012 |
| Completion of Claim Construction Discovery | July 6, 2012 |
| Rambus's Opening Brief on Claim Construction | July 25, 2012 |
| Defendants' Responsive Briefs | August 8, 2012 |
| Rambus's Reply Brief | August 15, 2012 |
| Tutorial | August 1, 2012, 10:00 a.m. |

| | | |
|---|---|---|
| 1 | Claim Construction Hearing | August 29, 2012, 10:00 a.m. |

DATED: December 5, 2011

MUNGER, TOLLES & OLSON LLP

By: _____/s/ Peter A. Detre_____
Gregory P. Stone (SBN 078329)
*gregory.stone@mto.com*
Katherine K. Huang (SBN 219798)
*katherine.huang@mto.com*
Peter E. Gratzinger (SBN 228764)
*peter.gratzinger@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
David H. Pennington (SBN 272238)
*david.pennington@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Peter A. Detre (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for RAMBUS INC.


QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____/s/ Sean Pak_____
Charles K. Verhoeven (SBN 170151)
*charlesverhoeven@quinnemanuel.com*
Sean Pak (SBN 219032)
*seanpak@quinnemanuel.com*
Gillian Thackray (SBN 196756)
*gillianthackray@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for BROADCOM CORPORATION
Attorneys for MEDIATEK INC.

PERKINS COIE LLP

By:        */s/ Amanda Tessar*
Bobbie Wilson (SBN 148317)
E-mail: *BWilson@perkinscoie.com*
Heather R. Bobkova (SBN 257014)
E-mail: *HBobkova@perkinscoie.com*
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Amanda Tessar (*pro hac vice*)
E-mail: *ATessar@perkinscoie.com*
Perkins Coie LLP
1900 Sixteenth St., Suite 1400
Denver, CO 80202
Telephone: (303) 291-2357
Facsimile: (303) 291-2487
Attorneys for BROADCOM CORPORATION


KILPATRICK TOWNSEND & STOCKTON LLP


By:        */s/ Robert J. Artuz*
David E. Sipora (SBN 124951)
*dsipiora@kilpatricktownsend.com*
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Robert J. Artuz (SBN 227789)
*rartuz@kilpatricktownsend.com*
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for LSI CORPORATION

K&L GATES LLP

By: _____/s/ Elaine Y. Chow_____
Michael J. Bettinger (SBN 122196)
*mike.bettinger@klgates.com*
Stephen M. Everett (SBN 121619)
*stephen.everett@klgates.com*
Curt Holbreich (SBN 168053)
*curt.holbreich@klgates.com*
Elaine Y. Chow (SBN 194063)
*elaine.chow@klgates.com*
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Attorneys for STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC.

IT IS SO ORDERED.

DATED: __12/7___, 2011

_____
Honorable Richard Seeborg
United States District Court Judge