UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br> v. <br><br> BROADCOM CORP., <br><br> Defendant. | Case No. 3:10-cv-05437 RS <br><br> [~~PROPOSED~~] ORDER REGARDING THE PRODUCTION OF PRIVILEGED DOCUMENTS PREVIOUSLY ORDERED PRODUCED <br><br> Judge:   Hon. Richard Seeborg <br>          Courtroom 3, 17th Floor |
| RAMBUS INC., <br><br> Plaintiff, <br> v. <br><br> LSI CORPORATION, <br><br> Defendant. | Case No. 3:10-cv-05446 RS |
| RAMBUS INC., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK INC., <br><br> Defendant. | Case No. 3:10-cv-05447 RS |
| RAMBUS INC., <br><br> Plaintiff, <br> v. <br><br> STMICROELECTRONICS N.V.; <br> STMICROELECTRONICS INC., <br><br> Defendants. | Case No. 3:10-cv-05449 RS |

On December 6, 2011, Plaintiff Rambus Inc. and Defendants Broadcom Corporation, LSI Corporation, Mediatek Inc., and STMicroelectronics N.V. and STMicroelectronics Inc. submitted a Joint Proposed Form of Order Regarding the Production of Documents Previously Produced.

1     WHEREAS Defendants desire the production of privileged documents and/or
2 attorney work product previously ordered produced in ITC Investigation No. 337-TA-661, Order
3 No. 15, Order Granting in Part NVIDIA's Motion to Compel Production of Materials Subject to
4 Privilege Piercing Orders ("ITC Order No. 15");

5     WHEREAS Rambus has appealed ITC Order No. 15 and continues to object to the
6 forced production of its privileged documents and/or attorney work product in ITC Investigation
7 No. 337-TA-661 and all other litigation incorporating ITC Order No. 15;

8     WHEREAS on February 11, 2011, a privilege piercing order incorporating ITC
9 Order No. 15 was entered in ITC Investigation No. 337-TA-753—the parallel ITC action in
10 which all of the parties in the above-captioned cases are participating (*see* ITC Inv. No. 337-TA-
11 753, Order No. 13, Order Regarding Piercing of Privilege);

12     WHEREAS on May 24, 2011, the Special Master in *Rambus Inc. v. NVIDIA*
13 *Corporation*, Case No. 08-cv-03343 SI, D.N. 210, ordered that ITC Order No. 15 shall govern
14 Rambus's production in that case of documents previously ordered produced in ITC Investigation
15 No. 337-TA-661; and

16     WHEREAS it would be an inefficient use of judicial and party resources to
17 re-litigate Rambus's claims of privilege and/or attorney work product protection related to
18 documents ordered produced pursuant to ITC Order No. 15;

19     NOW THEREFORE, IT IS HEREBY ORDERED that, without prejudice to
20 Rambus's continuing objections to the production of its privileged documents and/or attorney
21 work product, ITC Order No. 15 shall govern Rambus's production in these cases of documents
22 previously ordered produced pursuant to that order in ITC Investigation No. 337-TA-661.

23 DATED: December __7___, 2011

_____
Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE