UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br>v.<br><br>BROADCOM CORP.,<br><br>    Defendant. | Case No. 3:10-cv-05437 RS<br><br>**[PROPOSED] ORDER REGARDING THE PRODUCTION OF PRIVILEGED DOCUMENTS PREVIOUSLY ORDERED PRODUCED**<br><br>Judge:   Hon. Richard Seeborg<br>             Courtroom 3, 17th Floor |
| RAMBUS INC.,<br><br>    Plaintiff,<br>v.<br><br>LSI CORPORATION,<br><br>    Defendant. | Case No. 3:10-cv-05446 RS |
| RAMBUS INC.,<br><br>    Plaintiff,<br>v.<br><br>MEDIATEK INC.,<br><br>    Defendant. | Case No. 3:10-cv-05447 RS |
| RAMBUS INC.,<br><br>    Plaintiff,<br>v.<br><br>STMICROELECTRONICS N.V.;<br>STMICROELECTRONICS INC.,<br><br>    Defendants. | Case No. 3:10-cv-05449 RS |

On December 6, 2011, Plaintiff Rambus Inc. and Defendants Broadcom Corporation, LSI Corporation, Mediatek Inc., and STMicroelectronics N.V. and STMicroelectronics Inc. submitted a Joint Proposed Form of Order Regarding the Production of Documents Previously Produced.

15876645.1

1

[PROPOSED] ORDER RE PRODUCTION OF PRIVILEGED DOCUMENTS PREVIOUSLY ORDERED PRODUCED

1       WHEREAS Defendants desire the production of privileged documents and/or
2  attorney work product previously ordered produced in ITC Investigation No. 337-TA-661, Order
3  No. 15, Order Granting in Part NVIDIA's Motion to Compel Production of Materials Subject to
4  Privilege Piercing Orders ("ITC Order No. 15");
5       WHEREAS Rambus has appealed ITC Order No. 15 and continues to object to the
6  forced production of its privileged documents and/or attorney work product in ITC Investigation
7  No. 337-TA-661 and all other litigation incorporating ITC Order No. 15;
8       WHEREAS on February 11, 2011, a privilege piercing order incorporating ITC
9  Order No. 15 was entered in ITC Investigation No. 337-TA-753—the parallel ITC action in
10 which all of the parties in the above-captioned cases are participating (*see* ITC Inv. No. 337-TA-
11 753, Order No. 13, Order Regarding Piercing of Privilege);
12      WHEREAS on May 24, 2011, the Special Master in *Rambus Inc. v. NVIDIA*
13 *Corporation*, Case No. 08-cv-03343 SI, D.N. 210, ordered that ITC Order No. 15 shall govern
14 Rambus's production in that case of documents previously ordered produced in ITC Investigation
15 No. 337-TA-661; and
16      WHEREAS it would be an inefficient use of judicial and party resources to
17 re-litigate Rambus's claims of privilege and/or attorney work product protection related to
18 documents ordered produced pursuant to ITC Order No. 15;
19      NOW THEREFORE, IT IS HEREBY ORDERED that, without prejudice to
20 Rambus's continuing objections to the production of its privileged documents and/or attorney
21 work product, ITC Order No. 15 shall govern Rambus's production in these cases of documents
22 previously ordered produced pursuant to that order in ITC Investigation No. 337-TA-661.
23 DATED: December __7___, 2011

          _____
          Honorable Richard Seeborg
          UNITED STATES DISTRICT JUDGE