GREGORY P. STONE (SBN 078329)
*gregory.stone@mto.com*
KATHERINE K. HUANG (SBN 219798)
*katherine.huang@mto.com*
PETER E. GRATZINGER (SBN 228764)
*peter.gratzinger@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
DAVID H. PENNINGTON (SBN 272238)
*david.pennington@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

BOBBIE WILSON (SBN 148317)
*BWilson@perkinscoie.com*
HEATHER R. BOBKOVA (SBN 257014)
*HBobkova@perkinscoie.com*
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94303
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

AMANDA TESSAR (*Pro Hac Vice*)
*ATessar@perkinscoie.com*
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400

Attorneys for Defendant
BROADCOM CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAMBUS INC.,** | Case No. 3:10-CV-05437 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| **BROADCOM CORPORATION,** | |
| Defendant. | |

1  WHEREAS, Plaintiff Rambus Inc. ("Rambus") and Defendant Broadcom Corp.
2  ("Broadcom") have settled this matter on mutually-agreeable terms.
3  NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of
4  Civil Procedure 41(a)(1)(A)(ii),  IT IS HEREBY STIPULATED AND AGREED, by and
5  between the parties, through their undersigned counsel of record, that:
6  1. Rambus hereby dismisses all claims brought against Broadcom in this action with
7  prejudice;
8  2. Broadcom hereby dismisses all counterclaims brought against Rambus in this action
9  without prejudice; and
10  3. Each party shall bear its own costs and attorneys' fees.

DATED: December 28, 2011          MUNGER, TOLLES & OLSON LLP

By:  /s/ Katherine K. Huang
        Katherine K. Huang

Attorneys for Plaintiff
RAMBUS Inc.

DATED: December 28, 2011          PERKINS COIE LLP

By:  /s/ Amanda Tessar
        Amanda Tessar

Attorneys for Defendant
BROADCOM CORPORATION

Filer's Attestation

I, Katherine K. Huang, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.**  In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED:  December 28, 2011

              /s/ Katherine K. Huang

- 1 -

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL
CASE NO. 3:10-CV-05437-RS

1  IT IS SO ORDERED.

2

3  Dated: __12/29/11_____          _____
4                                            Honorable Richard Seeborg
                                             United States District Court Judge